# TONI MESSINA ESQ.

100 LAFAYETTE STREET
SUITE 502
NEW YORK, NY 10013

TEL (646) 207-4705
FAX (212) 571-5507
tonimessinalaw@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

Hon. Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

August 27, 2008

In re: U.S. v. Hilden Rivas-Sena, 08 Cr. 248 (DC)
REQUEST TO ADJOURN

Dear Judge Chin:

A conference is scheduled in the above-referenced case for Wednesday, September 3rd, 2008. I must ask for an adjournment.

A close friend recently died, and his funeral has been scheduled for 11:00, September 3rd in New Jersey. I would like to attend.

In relation to the case, I just visited my client and spoke with AUSA Parvin Moyne and we are very close to resolving the matter through a plea with a possible safety valve.

We need to set up one more meeting to determine whether the government will find the defendant safety valve eligible. We intend to have that meeting prior to September 12th.

Can we, thus, set up an adjourn date, most probably a plea date, for some time after September 12, 2008.

AUSA Moyne does not object to this adjournment.

Regards,

Toni Messina, Esq.

Cc: AUSA Parvin Moyne

Adjourned to Sept. 19, 2008, at 4:00 p.m. The time until then is excluded for speedy trial purposes in the interest of justice and in light of the parties' discussions.
SO ORDERED.
USDJ 8/28/08